

# Fourth Court of Appeals
## San Antonio, Texas

February 10, 2023

No. 04-22-00555-CR, 04-22-00558-CR & 04-22-00559-CR

Martin **MERCADO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CR-9451, 2019-CR-9449 & 2019-CR-9450
Honorable Catherine Torres-Stahl, Judge Presiding

# O R D E R

Appellant has filed a letter we treat as a motion to consolidate appeal numbers 04-22-00555-CR, 04-22-00558-CR, and 04-22-00559-CR. Due to the similarities between the three cases, this court has determined that the three cases should be consolidated for briefing and argument. It is therefore ORDERED that the motion to consolidate is GRANTED. The parties shall file all motions, briefs, and other documents as if the three appeals were one case, but shall include all three appeal numbers with the style of the case. *See* TEX. R. APP. P. 9.3(a). The records for the three appeals shall remain separated. If the court hears oral argument in these appeal numbers, all three cases shall be argued together, as a single appeal, and the total time limit for each side at oral argument shall equal the ordinary time limit for a single appeal. The court will dispose of the entire case with the same judgment, opinion, and mandate.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of February, 2023.



Michael A. Cruz,
Clerk of Court